B 265
(1/88)

# United States Bankruptcy Court
## Southern District of New York

FILED
JUL 25 2016
11:28 Am
US BANKRUPTCY COURT

**In re**:

TELIGENT, INC., ET AL.,

Bankruptcy Case No. 01-12974 (SMB)

**Debtor**

SAVAGE & ASSOCIATES, P.C.
AS THE UNSECURED CLAIM ESTATE
REPRESENTATIVE FOR AND ON BEHALF
OF TELIGENT, INC., ET. AL.

B.C. 05.0119

**Plaintiff**

Adv. Proc. No. 03-3496 (SMB)

v.

STAPLES

**Defendant**

## CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

I, clerk of the bankruptcy court of this district do certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled proceeding on  April 18, 2005  as it appears of record in my office, and that:
(date)

X  No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy 9024, has been filed.

X  No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Bankruptcy Rule 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
(date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____
(name of court)
_____ issued on _____.
(date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
(date)

Kathleen Farrell-Willoughby
Clerk of the Bankruptcy Court

By: _Lyn Ebanks_
Deputy Clerk

06/29/2005
Date

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                        Chapter 11
                                                                                                  Case No. 01-12974 (SMB)
                                                                                                  (Substantively Consolidated)
TELIGENT, INC., ET AL.,
                                    Debtors.
-----------------------------------------------------------------X
SAVAGE & ASSOCIATES, P.C. as the                           **DEFAULT JUDGMENT**
Unsecured Claim Estate Representative for
and on behalf of TELIGENT, INC., ET.AL.

                                     Plaintiff,
                                                                                                  BC 05.0119
           -   against –                                                                     Adv.Pro.No. 03-03496

**Staples**

                                    Defendant(s)
-----------------------------------------------------------------X

This action having been commenced on or before May 21, 2003 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, **Staples**(the "Defendant"), on or before June 9, 2003 by regular U.S. mail, first class, postage prepaid service on the Defendant; and a proof of service having been filed on 7/7/2003; and the Defendant having filed an answer to the complaint; and the Unsecured Claims Estate Representative of Teligent, Inc. (the "Plaintiff", having filed a motion (the "Mediation Motion") to compel mandatory mediation; and the Mediation Motion having been granted; and an order (the "Mediation Order") having been entered directing mandatory mediation; and the Defendant having violated the Mediation Order; and a motion (the "Contempt Motion") having been filed by the Plaintiff to hold the Defendant in contempt of the Mediation Order; and no objection having been filed by the Defendant to the Contempt Motion and no appearance by Defendant having been made at the July 29, 2004 hearing on the Contempt Motion; and an order having been entered (the "Contempt Order") holding Defendant in contempt. By order dated September 20, 2004, and the court having stricken the Defendant's Answer, and directed the submission of a default order and judgment for the amount set forth as file no. **25-0150** on schedule A to the Complaint it is hereby,



ORDERED, that the Plaintiff have judgment against Defendant in the amount of $2,573.98 with interest at 0%, amounting to $0 plus cost and disbursements of this action in the amount of $0 amounting in all to $2,573.98.

Dated: New York, New York
April 18, 2005

/s/ STUART M. BERNSTEIN
CHIEF UNITED STATES BANKRUPTCY JUDGE

I hereby attest and certify on June 29, 2005 that this document is a full, true and correct copy of the original filed on the court's electronic case filing system

Clerk, US Bankruptcy Court, SDNY
By: ___Olga Ebanks___ Deputy Clerk

